# Exhibit A

**High School Equivalency Credential, 6/25/2021**

**High School Equivalency Transcript**

**HiSET Comprehensive Score Report, 6/30/21**

# The Commonwealth of Massachusetts
## Board of Education

certifies that

## Jose J. Vazquez

Has presented satisfactory evidence to this Department of having acquired the Equivalent of a High School Education and in testimony thereof is awarded this

## High School Equivalency Credential

June 25, 2021
Date of Issuance

*Wyvonne S. Carter*
Wyvonne S. Carter
Adult Education State Director



*Jeffrey C. Riley*
Jeffrey C. Riley
Commissioner of Elementary
and Secondary Education

0c960c93-b7cb4d50    Generated on 7/1/2021 6:18:14 PM by DiplomaSender.com    Any alteration of this document renders it null and void



# HIGH SCHOOL EQUIVALENCY TRANSCRIPT

Issued under the authority of the Massachusetts Department of Elementary and Secondary Education

**Name:** Jose J. Vazquez  
**Address:** 200 West St  
Dedham, MA 02027

**Date of Birth:** 95

High School Equivalency  
75 Pleasant St  
Malden, MA 02148

*Wyvonne S. Carter*  
Wyvonne S. Carter  
State Adult Education Director

| Test | Test Date | Score | Essay Score | Status | Performance Level | Language |
|---|---|---|---|---|---|---|
| Language Arts Writing | 6/25/2021 | 10 | 4 | Pass | Met Passing Criteria | English |
| Social Studies | 6/8/2021 | 8 | N/A | Pass | Met Passing Criteria | English |
| Science | 5/21/2021 | 10 | N/A | Pass | Met Passing Criteria | English |
| Language Arts Reading | 6/10/2021 | 10 | N/A | Pass | Met Passing Criteria | English |
| Mathematics | 5/7/2021 | 19 | N/A | Pass | College and Career Readiness | English |
| HSE Credential Issued on 6/25/2021 | **Total Score** | 57 | | Pass | | |

**Passing Score Criteria:** A minimum score of 8 on each test of the five tests in the battery AND a minimum essay score of 2 AND a minimum total score of 45.

**Performance Levels:** Did Not Meet Passing Criteria - Score less than 8, or essay score less than 2, if applicable  
Met Passing Criteria - Score of 8 to 14, and essay score 2 or 3, if applicable  
College and Career Readiness - Score of 15 or greater, and essay score 4 and above, if applicable



To learn more about HiSET testing visit:  
HiSet.ets.org



To order additional transcripts or diplomas visit:  
DiplomaSender.com

78cd4a4a-f3c440f2    Generated on 7/1/2021 6:18:09 PM by DiplomaSender.com    Any alteration of this document renders it null and void.



**Comprehensive Score Report**
*High School Equivalency Test*

Name: Vazquez, Jose J.
ETS ID: 7ZEF95GE
Date of Birth: ███████ 995
Report Date: June 30, 2021

## Your HiSET™ Status

Have you taken all five of the HiSET™ individual subtests?   Yes

Did you meet all three of the HiSET scoring criteria?

- Scored at least 8 out of 20 on all HiSET subtests?   Yes

- Scored at least 2 out of 6 on the Essay?   Yes

- Achieved a Total Scaled Score on all HiSET subtests of at least 45?   Yes

### Did you pass the HiSET exam? **
**Please check with your state for their passing requirements to receive a diploma or certificate, as they may differ from the national HiSET passing indicator on the score report.

Yes

## Your HiSET Summary

| Subtests | Your Highest Scaled Score | Test Date | Test Status |
|---|---|---|---|
| Mathematics | 19 | May 07, 2021 | You **Passed** Mathematics with a Scaled score of 19. |
| Science | 10 | May 21, 2021 | You **Passed** Science with a Scaled score of 10. |
| Social Studies | 8 | June 08, 2021 | You **Passed** Social Studies with a Scaled score of 8. |
| Language Arts - Reading | 10 | June 10, 2021 | You **Passed** Reading with a Scaled score of 10. |
| Language Arts - Writing | 10 | June 25, 2021 | You **Passed** Writing with a Scaled score of 10 and Essay score of 4. |
| Total Scaled Score | 57 | | |

Copyright © 2013 by Educational Testing Service. All rights reserved. ETS, the ETS logo and LISTENING. LEARNING. LEADING. are registered trademarks of Educational Testing Service (ETS) in the United States and other countries. HiSET is a trademark of ETS. Test items copyright © 2001, 2003, 2007 by The University of Iowa. All rights reserved. Used under license from Houghton Mifflin Harcourt.

339114