# **Exhibit B**

**Personal Statement of Jose Vasquez**



Dear; Judge, Zobel

I really appreciate you taking this time to know and understand who I truly am. Although I carry an infamy and the government elucidates me in a way thats not precisely true, I'd like to give you a brief story of my life. During my child Hood bieng diagnosed with A.D.H.D, things got my attention a lot and in my case Latin kings has always been around me. my younger brothers' father is a latin king, and was part of my life till I was around 6yrs old and he got incarcerated. Soon after my mother got with my sisters' father, who I grew a bond with after some time. He was no gang-member but did have a drug habit. Also he drink alot of alcohol. Never did we witness any demestic violence, just minor arguements. When I was younger I was seeing a counseler and I was taking medication, to help with my A.D.H.D. While being in school I was placed in a smaller class-room, with less students, so that teachers could attend me a bit more when I struggled with my work or if I couldn't stay still and focus. As I got older I got into some trouble in public schools, So I was placed in a Safe School in framingham. The school is for kids who has trouble in public schools and has rights to restrain students when not coroperating. During this time I was 15 yrs old, turning 16yrs old and became a father. My step-father tried bringing me to work with him in Roofing when he could of. At this point I felt school wasn't helping me finacially and droped out. Having a grade complete in 8th grade only. for some time I was breaking and Entering through vehicles at night, stealing any items to sell and have some money to help buy my child things he needed because getting a legal Job was challenging doe to the fact that I have a criminal record, didn't have any education at the time and no kind of resume'. A few years down

Case 1:19-cr-10459-RWZ   Document 2573-2   Filed 07/15/22   Page 3 of 4



the time I re-located back in springfield. Upon returning to the city my brothers' father whos a latin king started coming around and we would hang out some times. He'd talk a lot of bieng a latin king and encourage me to join it and that thiers lots of good to bieng part of the orginization. I didn't get involve with the nation until I got incarcerated around 2014-2015. In the Jail latin king members treated each other like brothers and close family. My brothers' father soon ended up in thier with me and eventually convinced me to join. Once I finished my time I got together with other member's out in the streets. I had no money, no place to rest, nothing. They took me in under their arms and helped me with all my issues. I then eventually moved in to newbedford, mass. I got myself involved with lots of trouble and followed the way things were in that city. latter down in time I was giving an Enforcer position. This position isnt something you sign-up for or request its just giving to you by higher ups. An Enforcer has no say or authorization to do anything, only do what youre told. The position wasn't giving to me becouse I may be a bad person or becouse im cruel or violent, no! The position was giving to me becouse I have studyed the rules and codes in the menifesto and becouse I look scary looking at, doe to my tatoos and tallness. Also because I did what they tell me to do no matter how stupid it was. In other words Im a crash dummy. I was blind and blocked from reality, always thinking everythings going to be ok. Not realizing I was killing myself slowly and ruining my life more and more. I ended up getting terminated from the gang for breaking a rule. The day I was terminated my older brother quickly got me a ride to springfield, fearing my safety. Getting terminated opened my eyes, that this isn't a game or some kind of entertainment. I want to apologirze to the govement, to civilization, to my family and most importantly to my kids. How I was living and

③

the things I did was not right in no way, no matter what. I am a talented person and very artistic and did not put it to use. I truly regret the path I have chosen and wouldn't want my children to go the path I once did. Since this incarceration I am proud to say that I have completed my G.E.D and joined many programs to help me and prepare me for the future. During this time I will seek to go to college and try joining apprentaships. As I said before I am very artistic and would be getting into tatooing and also into barbering. I'm going to demenstrate to my kids that I can change and do good. Judge Zobel, I please ask you to recommends to the B.O.P for the vocational trainings I will need to help me accomplish my goals. If you can. please and Thank you. Id also like to adress that I take full resposibility for my actions and behavior. I know my offences will carry a punishment but I hope I could be forgiving and recieve a fair sentence so that I may re-join my family and kids as a better man and father with a good future to proceed. Thank you youre Honor for taking some of youre time to see where and how I came about.

respecfully, Jose Vasquez