# Exhibit C

**Letter by Ivelisse J. Rivera, Mother of Mr. Vasquez, 7/3/22**

July 3 2020

Ivelisse J. Rivera
5C Hall manor   Harrisburg PA 17104

To:
The Honorable Judge

I, Ivelisse J. Rivera. Writting this Letter on behalf of my Son Jose Vazquez, and we Share a Close bond; I will Like to let you Know that My Son Jose Vazquez is a verry responsible, respected, lovable Person. Jose is a Good Kid as he was growing. Started School he did had Some issues. Jose had ADHD problem's he was taking Medication at School and at home he was a Active Chid and he Couldn't Focuse on hes School Work. That's why he was on Medication. Other then ADHD hes Child'hood was good. He Like; to work doing Rofing, He Love drawing, hes a Person that will help any one if need it help. Honor Im a Mother of 7 kid's and Im proud of them. I no Noone is perfect and people make mistakes. I no that my Son is willing to do what it take to make he's life Better. and for hes Kid's, But do do that Judge he will Need you to give him the opportunity to get a Second Chance. I will love to hug him Kiss him and Tell him. How much we love him and Jose Vazquez is a good Dad he play's with them he take them to eat. He really need to be with his Kid's He have's 2 Children's and they Miss Jose. Judge I hope this letter help. My Son on Hes Sentence.