# Exhibit D

**Examples of Mr. Vasquez's Recent Artwork**



