# Exhibit E

## Other Programming and Achievements While at Norfolk County Correctional

### OSHA 10-Hour Certification, 11/15/21

### Programming

Helping Men Recover, current
Financial Literacy, 5/6/2022
Anger Management
Custodial Management Certification
Overdose Prevention
Parenting Inside Out, 2/26/20



**OSHA**
Occupational Safety
and Health Administration

11-702039812

This card acknowledges that the recipient has successfully completed:

## 10-hour General Industry Safety and Health

This card issued to:

### JOSE VASQUEZ

Karen Robinson
Trainer Name

11/15/2021
Date of Issue

---



OSHA Training Institute Education Centers
Keene State College

800-449-6742
outreach.keeneosha.com

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device.



Rev. 1/2016

# Norfolk County Sheriff's Office
## Programs Division

## Notification of Program Participation

**Name:** Jose Vasquez　　　　**Unit:** 2B

**Date:** April 28, 2022

Please be aware that the above noted inmate has completed the following classes:

Basic Education
Hi-Set Prep – Receiving His GED Equivalence
OSHA Certified
Custodial Management Certified
Over Dose Prevention

Presently attending

Making Time Count
Financial Literacy
Anger Management

# Norfolk County Sheriff's Office/Programs Division

## Notification of Program Placement

**NAME:** Jose Vasquez #06

**CLASS:** Helping Men Recover          **WITH:** Jennifer

**DAYS:** Saturdays'          **TIME:** 9:30 – 10:30 AM

You have been placed in the above stated program.

Your classes will start on: SATURDAY, JUNE, 11TH.

# NORFOLK SHERIFF'S DEPARTMENT

*THIS ACKOWLEDGES THAT*

## JOSE VASQUEZ

*HAS SUCCESSFULLY COMPLETED THE FINANCIAL LITERACY COURSE*

## CERTIFICATE OF COMPLETION

May 6, 2022





# CERTIFICATE OF SUCCESSFUL COMPLETION
# PARENTING INSIDE OUT

THIS CERTIFIES

*Jose Vasquez*

HAS ATTENDED AND COMPLETED 8 WEEKS OF PARENTING
WITH THE FOLLOWING CORE COMPONENTS:

*Communication, Problem Solving, Monitoring
Positive Reinforcement & Non-Violent Discipline Techniques*

Date: 02.26.2020

Norfolk Sheriff's Office

Parenting Coach

*Karen Robinson*